AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>GREGORY ANTHONY WATERS JR<br><br>Defendant(s) | )<br>)<br>)  Case No.<br>)          5:20-mj-00049<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __September 18, 2020__ in the county of __Raleigh__ in the __Southern__ District of __West Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) | Distribution of fentanyl, a schedule II controlled substance. |

This criminal complaint is based on these facts:
See attached affidavit;

☑ Continued on the attached sheet.

_____
Complainant's signature

Mark P Gunther II, Special Agent FBI
Printed name and title

Sworn to before me and signed in my presence,
via telephone per FRCrP 4.1.

Date: 09/29/2020

_____
Omar J. Aboulhosn
United States Magistrate Judge
Printed name and title

City and state: Beckley, West Virginia

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

STATE OF WEST VIRGINIA

COUNTY OF RALEIGH, to-wit:

I, Mark P Gunther II, being first duly sworn, do hereby depose and state as follows:

On September 18, 2020, a controlled purchase of suspected heroin was made from GREGORY WATERS JR in the area between South Heber Street and Woodlawn Avenue in Beckley, Raleigh County, West Virginia, within the Southern District of West Virginia. The purchase was coordinated by task force officers with the Beckley/Raleigh County Drug and Violent Crime Unit using a confidential informant. WATERS JR was observed by undercover surveillance officers leaving 194 Central Avenue, Beckley, West Virginia and was observed driving directly to the location of the controlled purchase. The operation resulted in the purchase of approximately one hundred and thirty grams of suspected heroin from GREGORY WATERS JR. The substance purchased was field tested and found to be Fentanyl.

Further your affiant sayeth naught.

*[signature]*
MARK P GUNTHER II
SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION

1

Sworn to before me, and subscribed ~~xxxxxmyxxxpxesexxxxxx~~ this 29th day of September 2020, via telephone per FRCrP 4.1.

Omar J. Aboulhosn
United States Magistrate Judge